FILED
MAY 22 2017
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| CONTINENTAL SERVICE GROUP, INC.<br><br>     Plaintiff,<br>v.<br><br>UNITED STATES<br><br>     Defendant. | No. \_\_\_\_\_ 17-664 C<br><br>(Judge _____) |

## MOTION FOR A PROTECTIVE ORDER

   Pursuant to Paragraph 17 of Appendix C, *Procedure in Protest Cases*, to the Rules of the United States Court of Federal Claims, Plaintiff Continental Service Group, Inc. ("ConServe"), through undersigned counsel, moves this Court for a protective order.

   1.  ConServe is an actual offeror for an Award Term Extension under its Task Order ED-FSA-02-O-0008, which was issued in response to Solicitation No. ED-08-R-0052, as amended (the "Solicitation"), issued by the U.S. Department of Education ("ED"). ConServe has filed a Complaint protesting ED's decision not to make award to ConServe under the Solicitation.

   2.  The Complaint contains confidential and proprietary information and trade secrets of ConServe, the public release of which would cause competitive harm to ConServe.

   3.  The record in this matter will likely include various agency documents including source selection sensitive information, the public release of which could cause harm the integrity of the competitive process.

   WHEREFORE, ConServe respectfully requests that the Court grant this motion, and

issue its standard protective order.

Dated: May 22, 2017.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | s/ Edward H. Meyers |
| *Of Counsel* | Edward H. Meyers |
| Todd J. Canni | STEIN MITCHELL CIPOLLONE |
| Alexander B. Ginsberg | BEATO & MISSNER LLP |
| J. Matthew Carter | 1100 Connecticut Avenue, N.W. |
| PILLSBURY WINTHROP | Suite 1100 |
| SHAW PITTMAN LLP | Washington, DC 20036 |
| 725 South Figueroa Street, Suite 2800 | Tel.: (202) 661-0945 |
| Los Angeles, CA 90017-5406 | Fax.: (202) 296-8312 |
| Tel.: (213) 488-7213 | Email: emeyers@steinmitchell.com |
| Fax: (213) 629-1033 |  |
| Email: todd.canni@pillsburylaw.com |  |
| alexander.ginsberg@pillsburylaw.com |  |
| matt.carter@pillsburylaw.com |  |
|  | *Counsel of Record for Plaintiff* |
|  | *Continental Service Group, Inc.* |

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was filed electronically via the CM/ECF system.  A true and correct copy was also served by email to the following party, this 22nd day of May 2017:

      U.S. Department of Justice
      Commercial Litigation Branch
      1100 L Street, NW, 8th Floor
      Washington, DC 20530
      Fax: (202) 305-2062
      E-mail: nationalcourts.bidprotest@usdoj.gov

      s/ Edward H. Meyers
      Edward H. Meyers
      *Counsel of Record*
      STEIN MITCHELL CIPOLLONE
      BEATO & MISSNER LLP
      1100 Connecticut Avenue, N.W.
      Suite 1100
      Washington, DC 20036
      Tel.: (202) 661-0945
      Fax.: (202) 296-8312
      Email: emeyers@steinmitchell.com

      *Attorney for Continental Service Group, Inc.*