# In the United States Court of Federal Claims

No. 17-664 C

**CONTINENTAL SERVICE**
**GROUP, INC.**
       **Plaintiff**

   v.

**THE UNITED STATES**                          **JUDGMENT**
       **Defendant**

   **and**

**ALLTRAN EDUCATION, INC.,**
**PIONEER CREDIT RECOVERY,**
**INC., COAST PROFESSIONAL,**
**INC., and NATIONAL RECOVERIES,**
**INC.**
       **Defendant-Intervenors**

Pursuant to the court's Memorandum Opinion and Final Order, filed November 30, 2017, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's amended complaint is dismissed.

                                                                               Lisa L. Reyes
                                                                               lerk of Court

**December 4, 2017**                       By:    s/ Debra L. Samler

                                                                               Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $505.00.