NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**CONTINENTAL SERVICE GROUP, INC.,**
*Plaintiff - Appellant*

v.

**UNITED STATES, ALLTRAN EDUCATION, INC., PIONEER CREDIT RECOVERY, INC., COAST PROFESSIONAL, INC., NATIONAL RECOVERIES, INC.,**
*Defendants - Appellees*

———————————————

18-1287

———————————————

Appeal from the United States Court of Federal Claims in case no. 1:17-cv-00664-SGB, Chief Judge Susan G. Braden

———————————————

**O R D E R**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b). Each side shall bear its own costs.

                                          FOR THE COURT

February 8, 2018              /s/ Peter R. Marksteiner
                                      Peter R. Marksteiner
                                      Clerk of Court


**ISSUED AS A MANDATE:** February 8, 2018